# Court of Appeals
# of the State of Georgia

ATLANTA,   August 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0459. DARREN PETTY v. THE STATE.**

On April 14, 2011, Darren Petty pled guilty to four counts of theft by receiving stolen property. On January 24, 2014, Petty purportedly filed a motion to withdraw his plea and to vacate his sentence. He subsequently filed this application for discretionary appeal, but he failed to include a copy of a court order that he is seeking to appeal.

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a stamped "filed" copy of the order being appealed. Here, Petty has not included any order addressing his motion to withdraw his plea and vacate his sentence. Accordingly, we are unable to determine whether his application was filed within 30 days of the order(s) he challenges, which is a jurisdictional requirement.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on July 1, 2014, July 8, 2014, and July 14, 2014, we requested that Petty supplement his application with a stamped "filed" copy of the order to be appealed. The only order provided by Petty, however, is the April 14, 2011 final disposition of his criminal case, and his application clearly is untimely as to that order.

As the applicant, Petty bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information he provided with his application, we are unable to assume jurisdiction. See *Boyle*, supra ("The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 08/08/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*